# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 02-cv-01709-REB-MJW

KEVIN WILLETT,

    Plaintiff,

v.

LINDA S McMAHON,[1] Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

**Blackburn, J.**

The matter before me is plaintiff's **Motion For an Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#24], filed January 19, 2007. I grant the motion.

Plaintiff seeks attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), which provides, in relevant part:

> a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action. . ., including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

---

[1] Linda S. McMahon became the Acting Commissioner of Social Security on January 20, 2007, and thus her name is substituted for that of Jo Anne B. Barnhart as the defendant in this suit. **FED.R.CIV.P.** 25(d)(1). By virtue of the last sentence of 42 U.S.C. § 405(g), no further action need to taken to continue this lawsuit.

28 U.S.C. § 2412(d)(1)(A).[2]  In her response, defendant acknowledges that plaintiff is entitled to an award of attorney's fees and agrees that the amount of attorney fees requested is reasonable.  Defendant having, thus, confessed the premises of plaintiff's motion, I find and conclude that the relief requested therein should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That plaintiff's **Motion For an Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#24], filed January 19, 2007, is **GRANTED**; and

2.  That plaintiff is **AWARDED** $2,882.50 in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

Dated April 4, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[2] Plaintiff clearly is a prevailing party for purposes of the EAJA.  **See Shalala v. Schaefer**, 509 U.S. 292, 302, 113 S.Ct. 2625, 2632, 125 L.Ed.2d 239 (1993) (party who secures remand to Commissioner under sentence four of 42 U.S.C. § 405(g) is a prevailing party).