UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.:   **02-cv-01709-REB-MJW**

**KEVIN C. WILLETT**

                      Plaintiff,

vs.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**,

                      Defendant.

## ORDER FOR ATTORNEY FEES UNDER EAJA

The matter before the Court is Plaintiff's Unopposed Motion For An Order Paying EAJA Fees [#28] filed on June 7, 2007. The Court being fully advised in the premises hereby grants said Motion [#28].

IT IS FURTHER

**ORDERED** that the Defendant pay to Plaintiff attorney fees under EAJA in the amount of $4,800.00, to the Plaintiff's attorney in care of the Plaintiff.

DATED: June 12, 2007.

                                            BY THE COURT:

                                            s/ Robert E. Blackburn
                                            _____
                                            THE HONORABLE ROBERT E. BLACKBURN
                                            U. S. DISTRICT COURT JUDGE